UNITED STATES of America, Plaintiff–Appellee,

v.

Kenzler Jerard RILEY, Defendant–Appellant.

No. 05–16121

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 19, 2007.

Neal Gary Rosensweig, Hollywood, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, ANDERSON and BARKETT, Circuit Judges.

PER CURIAM:

Neal Gary Rosenweig, appointed counsel for Kenzler Jerard Riley on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Riley's convictions and sentences are **AFFIRMED**. Riley's motion to prosecute this appeal *pro se* and motion to file an oversized brief in response are, accordingly, **DENIED**.